■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH PECCHIO, Appellant. [897 NYS2d 667]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Knopf, J.), imposed March 7, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Dillon, Angiolillo, Belen and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CIARA REYES, Appellant. [897 NYS2d 643]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed December 5, 2008, upon her conviction of assault in the first degree and robbery in the first degree, upon a jury verdict.

Ordered that the appeal is dismissed.

In an order dated March 11, 2010, the Supreme Court, Kings County, in accordance with the Court of Appeals' recent decision in *People v Williams* (14 NY3d 198 [2010]), vacated the periods of postrelease supervision challenged on this appeal. Accordingly, this appeal has been rendered academic, and must be dismissed. Skelos, J.P., Austin, Roman and Sgroi, JJ., concur.